# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2238

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| Gene Alan Clark, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 15, 2006
Filed: February 15, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Gene Clark pleaded guilty to conspiracy to transport stolen goods, and was sentenced to 30 months in prison and 3 years supervised release. At a revocation hearing, Clark admitted violating the conditions of his supervised release. The district court[1] revoked supervised release and imposed a new sentence of 12 months imprisonment and 2 years supervised release, commenting on Clark's numerous violations, the need for incarceration as punishment and the lack of progress toward satisfying his restitution obligation. Clark appeals this sentence.

---

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Both the prison term and the supervised release term were within authorized limits, and the district court considered appropriate factors in imposing the revocation sentence. *See* 18 U.S.C. § 3583(e)(3), (h). We conclude that Clark's sentence is not unreasonable. *See United States v. Tyson*, 413 F.3d 824, 825-26 (8th Cir. 2005) (standard of review).

Accordingly, we affirm, and we also grant counsel's motion to withdraw.

_____